IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL D. STRADER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-3863

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed February 19, 2015.

Certiorari - Original Jurisdiction.

Daniel D. Strader, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.